In the Matter of CHARLES H. JOHNSON, an attorney at law.

Argued November 3, 1952.

For the order: *Mr. William Abbotts.*
For the respondent: *Mr. Robert Queen.*

Name of respondent stricken from the roll of attorneys at law. Opinion reported at 10 *N. J.* 500.

November 10, 1952.

In the Matter of FRANK CALABRESE, an attorney at law.

Suspension lifted and petitioner reinstated to the practice of law.